# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-Filing

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Docket Number: CR 05-0283-04 JSW |
| LEONARDO UGALDE BRIOSOS | ) | |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for __February 28, 2006__ be continued until __April 13, 2006__ at __2:30 p.m.__ .

Date: __FEB 2 1 2006__

_____
The Honorable Jeffrey S. White
United States District Judge

NDC-PSR-009 12/06/04